UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SOLOMON XAVIER THOMPSON,<br><br>     Plaintiff,<br><br> v.<br><br>BRIAN WASHINGTON, et al.,<br><br>     Defendants. | Case No. C24-0779-JLR-SKV<br><br>ORDER GRATING *IN FORMA PAUPERIS* STATUS |

Because plaintiff does not appear to have funds available to afford the $405.00 filing fee, Plaintiff financially qualifies for *in forma pauperis* (IFP) status pursuant to 28 U.S.C. § 1915(a)(1). Therefore, Plaintiff's IFP application, Dkt. 1, is GRANTED. The Clerk of the Court is directed to send a copy of this Order to Plaintiff and to the assigned District Judge.

Dated this 11th day of June, 2024.

*[signature]*

S. KATE VAUGHAN
United States Magistrate Judge

ORDER GRATING IN FORMA PAUPERIS
STATUS - 1